No. 330. MADDOX *v.* DISTRICT SUPPLY, INC., ET AL. Court of Appeals of Maryland. Certiorari denied. *Luther Robinson Maddox,* petitioner, *pro se.* *Richard W. Galiher* for District Supply, Inc., respondent.

No. 335. COMMERCE-PACIFIC, INC., *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George Bouchard* and *Richard A. Perkins* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Carolyn R. Just* for the United States.

No. 43, Misc. BRIGANTI *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se.* *Daniel J. Sullivan* for respondent.

No. 119, Misc. EDWARDS *v.* RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 129, Misc. SMITH *v.* SETTLE, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Tyler* and *Harold H. Greene* for respondent.

No. 260, Misc. JAMES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 291, Misc. BICHELL *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.